

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      In re Terr'l La'yonne Mark, Relator

Appellate case number:    01-15-00582-CV

Trial court case number:   14-DCV-214998

Trial court:               387th District Court of Fort Bend County

On July 7, 2015, relator, Terr'l La'yonne Mark, filed a petition for a writ of mandamus seeking to compel the respondent trial court to enter an order granting his motion to transfer venue, filed on March 31, 2015, of the underlying suit affecting the parent-child relationship from Fort Bend County to the 322nd District Court of Tarrant County, where he filed a divorce petition under Cause No. 322-571873-15. The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days** from the date of this order. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                      ☒ Acting individually    ☐ Acting for the Court

Date: July 9, 2015